# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2011

142227

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

WESAM SALAHAHMED ALOBAIDI,
    Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142227
COA: 292638
Oakland CC: 08-219402-FH

On order of the Court, the application for leave to appeal the October 12, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2011

0427

Clerk